EXHIBIT "C"

## ASSIGNMENT OF SERVICES AND LICENSE AGREEMENTS

This Assignment of Services and License Agreement (the **"Assignment"**) effective as of February 10, 2020 (the **"Effective Date"**) is entered into by and between **DeNovo Systems, LLC**, located at 1000 Ponce de Leon, Suite 203, San Juan, Puerto Rico 00907 (**"DeNovo"**), **iPOS Systems, LLC, d/b/a Dejavoo**, located at 393 Jericho Turnpike, Suite 203, Mineola, NY 11501 (collectively, **"Assignors"**) and **One Pay Cloud, LLC**, located at 11451 NW 36th Avenue, Miami, Florida 33167 (**"Assignee"**). Each may be referred to herein as a **"Party"** or collectively as **"Parties"**.

### RECITALS

**Whereas,** Assignors and Assignee entered into that certain Services Agreement dated as of February 10, 2020 (the **"License Agreement"**), pursuant to which Assignors licensed to Assignee all rights and obligations in connection with certain point of banking protocols (the **"Protocols"**); and

**Whereas,** Assignors entered into certain Services and License Agreements with third parties for use of the Protocols (the **"Service Agreements"**); and

**Whereas,** in connection with the License Agreement, Assignors desire to assign all of the rights, duties and obligations under the Service Agreements to Assignor.

**Now, therefore,** in consideration of the mutual covenants and conditions hereinafter set forth, the Parties hereto, intending to be legally bound, agree as follows:

1. **Incorporation.** The foregoing Recitals are hereby incorporated by reference as if set forth fully below. Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the License Agreement.

2. **Assignment.** From the date of this Assignment forward, Assignor hereby assigns, transfers, conveys and sets over to Assignee all of its rights, duties and obligations in and to the Service Agreements in exchange for considerations acceptable to Assignors, the receipt and sufficiency of which are acknowledged by Assignors.

3. **Assumption.** From the date of this Assignment forward, Assignee hereby fully assumes all of Assignors' rights, duties and obligations in and under the Service Agreements.

4. **Governing Law.** This Assignment shall be governed exclusively by the laws of the State of New York, without regard to its conflict of laws principles, and all actions shall be exclusively in the state or federal courts located within Miami Dade County, Florida.

5. **Severability.** In the event that any part of this Assignment is deemed by a court of competent jurisdiction to be invalid or unenforceable, such provision shall be deemed to have been omitted from this Assignment. The remainder of this Assignment shall remain in full force and effect, and shall be modified to any extent necessary to give such force and effect to the remaining provisions, but only to such extent.

6. **Successors and Third Parties.** This Assignment and the rights and obligations hereunder shall bind and inure to the benefit of the Parties and their successors and permitted assigns.

7. **Counterparts; Proof of Execution.** This Assignment may be executed and delivered by the Parties in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. The Parties agree that the proof of execution of this Assignment may be communicated by electronic means, and that a physical or electronic copy of this Assignment executed by all Parties may be used as an original in connection with the enforcement of this Assignment.

8.  **Entire Agreement; Amendments**. The License Agreement and this Assignment constitute the entire agreement between the Parties and supersedes all prior agreements, understandings, and arrangements, oral or written, between the Parties with respect to the subject matter hereof. Each Party agrees that it has relied only upon the representations or warranties contained in this Assignment in determining whether to execute this Assignment. This Assignment may not be modified or amended except by an instrument or instruments in writing signed by both Parties.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their duly authorized representatives.

**One Pay Cloud** LLC

By: _____
Name: Michael Shvartsman
Title: Manager

**Denovo Systems, LLC**

By: _____
Name: _Tony Sonee_
Title: _president & CEO_

**i-POS Systems, LLC d/b/a Dejavoo**

By: _____
Name: _Tony Sonee_
Title: _chairman & CEO_

4881-7913-8249, v. 1